~FILED~

NOV 16 2022

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.:  2:22CR88 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 924(a)(1)(A) |
| ANTHONY BRANDON HULITT | ) | |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNTS 1-28

On or about the following dates, in the Northern District of Indiana,

**ANTHONY BRANDON HULITT**,

defendant herein, in connection with the acquisition of firearms from the following firearms dealers, who are licensed dealers of firearms within the meaning of provisions of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious statement to the following firearms dealers, which statement was intended and likely to deceive the following firearms dealers with respect to a fact material to the lawfulness of the sale of such firearms, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, on the following dates, to the effect that:

1)      his current state of residence and address was 232 Highland

Street, Apartment 2A, Hammond, Indiana, whereas in truth and in fact, he knew that his current state of residence and address was not 232 Highland Street, Apartment 2A, Hammond, Indiana; and

    2)    he was not an unlawful user of marijuana, whereas in truth and in fact, he well knew that he was an unlawful user of marijuana,

All in violation of Title 18, United States Code, Section 922(a)(6).

| Count | Date | Firearms Dealer |
|---|---|---|
| 1 | June 3, 2020 | Westforth Sports |
| 2 | June 26, 2020 | Westforth Sports |
| 3 | June 29, 2020 | Westforth Sports |
| 4 | August 15, 2020 | Westforth Sports |
| 5 | August 27, 2020 | Westforth Sports |
| 6 | August 29, 2020 | Westforth Sports |
| 7 | September 18, 2020 | Westforth Sports |
| 8 | September 21, 2020 | Westforth Sports |
| 9 | September 25, 2020 | Westforth Sports |
| 10 | December 14, 2020 | Westforth Sports |
| 11 | January 1, 2021 | Shoot Point Blank |
| 12 | January 4, 2021 | Westforth Sports |
| 13 | January 7, 2021 | Westforth Sports |
| 14 | February 28, 2021 | Shoot Point Blank |
| 15 | March 3, 2021 | Shoot Point Blank |
| 16 | March 12, 2021 | Westforth Sports |
| 17 | March 23, 2021 | Westforth Sports |
| 18 | March 30, 2021 | Shoot Point Blank |
| 19 | April 6, 2021 | Shoot Point Blank |

| 20 | May 1, 2021 | Shoot Point Blank |
|----|-------------|-------------------|
| 21 | May 5, 2021 | Shoot Point Blank |
| 22 | May 24, 2021 | Westforth Sports |
| 23 | May 28, 2021 | Westforth Sports |
| 24 | June 3, 2021 | Shoot Point Blank |
| 25 | June 8, 2021 | Shoot Point Blank |
| 26 | June 19, 2021 | Shoot Point Blank |
| 27 | July 3, 2021 | Shoot Point Blank |
| 28 | July 8, 2021 | Shoot Point Blank |

**THE GRAND JURY FURTHER CHARGES:**

## COUNTS 29-56

On or about the following dates, in the Northern District of Indiana,

### ANTHONY BRANDON HULITT,

defendant herein, knowingly made a false statement and representation to the following firearms dealers, who are licensed dealers of firearms under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of said firearms dealers, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that:

1) his current state of residence and address was 232 Highland Street, Apartment 2A, Hammond, Indiana, whereas in truth and in fact, he knew that his current state of residence and address was not 232 Highland Street, Apartment 2A, Hammond, Indiana; and

2) he was not an unlawful user of marijuana, whereas in truth and in fact, he well knew that he was an unlawful user of marijuana,

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

| Count | Date | Firearms Dealer |
|---|---|---|
| 29 | June 3, 2020 | Westforth Sports |
| 30 | June 26, 2020 | Westforth Sports |
| 31 | June 29, 2020 | Westforth Sports |
| 32 | August 15, 2020 | Westforth Sports |
| 33 | August 27, 2020 | Westforth Sports |
| 34 | August 29, 2020 | Westforth Sports |
| 35 | September 18, 2020 | Westforth Sports |
| 36 | September 21, 2020 | Westforth Sports |
| 37 | September 25, 2020 | Westforth Sports |
| 38 | December 14, 2020 | Westforth Sports |
| 39 | January 1, 2021 | Shoot Point Blank |
| 40 | January 4, 2021 | Westforth Sports |
| 41 | January 7, 2021 | Westforth Sports |
| 42 | February 28, 2021 | Shoot Point Blank |
| 43 | March 3, 2021 | Shoot Point Blank |
| 44 | March 12, 2021 | Westforth Sports |
| 45 | March 23, 2021 | Westforth Sports |
| 46 | March 30, 2021 | Shoot Point Blank |
| 47 | April 6, 2021 | Shoot Point Blank |
| 48 | May 1, 2021 | Shoot Point Blank |
| 49 | May 5, 2021 | Shoot Point Blank |
| 50 | May 24, 2021 | Westforth Sports |
| 51 | May 28, 2021 | Westforth Sports |
| 52 | June 3, 2021 | Shoot Point Blank |
| 53 | June 8, 2021 | Shoot Point Blank |
| 54 | June 19, 2021 | Shoot Point Blank |
| 55 | July 3, 2021 | Shoot Point Blank |
| 56 | July 8, 2021 | Shoot Point Blank |

A TRUE BILL:

/s/ FOREPERSON
FOREPERSON

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:  /s/ Patrick D. Grindlay
Patrick D. Grindlay
Special Assistant United States Attorney

6